UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Christine Ward-Weber, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No. 11-cv-12546-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal that have been filed to date in the above captioned case, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

Digitally signed by David R. Herndon
Date: 2015.05.29 08:55:05 -05'00'

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT